11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Geronimo Hernandez,                                              * From the 441st District
                                                                              Court of Midland County,
                                                                              Trial Court No. CR40506.

Vs. No. 11-13-00082-CR                                      * April 4, 2013

The State of Texas,                                              * Per Curiam Memorandum Opinion
                                                                              (Panel consists of: Wright, C.J.,
                                                                              McCall, J., and Willson, J.)


This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.